# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Civil Case Number: _____

FILED BY _PG_ D.C.

APR 0 7 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Steve Cooper
_____
(Write the full name of the plaintiff)

vs.

Glades County Detention Center

Armor Correctional Health Services

Saint Charles Jean Max

Glades County Detention Center Dentist

(Write the full name of the defendant/s in this case)

cat / div _550/1983/WPB_
Case # _____
Judge _____ Mag _REID_
Motn Ifp _YES_ Fee pd $ _0_
Receipt # _____

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

**A.** Plaintiff: _Steve Cooper_

Address: _Glades County Detention Center P.O. Box 39 Moore Haven, FL 33471_

Inmate/Prison No.: _063 984 093_

_Year_ of Birth: _1980_ (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: _Saint Charles Jean_  Defendant: _Armor Correctional Health Serv_

Official Position: _Doctor_  Official Position: _Health Services_

Place of Employment: _Glades County_ Place of Employment: _Glades County_

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

*Please Read Letter!*

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

*Please Read Letter!*

**IV. Jury Demand**

Are you demanding a jury trial? ✔ Yes ____ No

Signed this _1st_ day of _April_, 20_20_

_Steve Cooper_
_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _April 1, 2020_

_Steve Cooper_
_____
Signature of Plaintiff

To Whom It May Concern:

I, STEVE COOPER, CAME HERE TO GLADES COUNTY DETENTION CENTER ON MAY 2, 2019. DURING THE 2nd MONTH OF MY INCARCERATION INSIDE GCDC (GLADES COUNTY DETENTION CENTER) I WENT TO THE DENTIST INSIDE OF THE FACILITY TO GET MY TEETH PULLED OUT DUE TO THE FACT THAT IT WAS A BAD TOOTH & IT WAS MAKING MY JAW HURT. AFTER I GOT MY TEETH PULLED OUT, I WENT BACK TO MY DORM (Delta 1). AFTER FIVE DAYS, MY GUM STARTED HURTING SO I WENT BACK TO THE DENTIST TO GET MY MOUTH CHECK FOR MY PAIN, THE DENTIST FOUND OUT THAT A PIECE OF TEETH WAS STILL INSIDE OF MY GUM AND THAT LITTLE PIECE HAD CAUSED AN INFECTION IN MY MOUTH. ON 6/24/2019, THE DENTIST ENDED UP GIVING ME AN ANTIBIOTIC PILL MEDICATION FOR MY TEETH INFECTION. I WENT TO BED LIKE AROUND 3 A.M. IN THE MORNING; MY BODY STARTED FEELING FUNNY & WEIRD SO I ENDED UP WAKING UP IN THE MIDDLE OF THE NIGHT SO I CAN TRY TO FIGURE OUT WHY MY BODY ISN'T FUNCTIONING THE PROPER WAY...WHEN I LOOKED AT MY SKIN IT WAS COVERED WITH A LOT OF RASH. WHEN I TRIED TO CLIMB THE LADDER TO GET BACK ON MY BED (TOP BUNK) I ENDED UP BLACKING OUT AND FALL TO THE FLOOR LIKE AROUND 6:30 A.M. IN THE MORNING, I WOKE BACK UP FROM UNCONSCIOUSNESS LIKE AROUND 5:00 P.M. IN THE EVENING. I WAS INSIDE A SINGLE CELL BY MYSELF INSIDE OF MEDICAL SO I KNOCKED ON THE DOOR SO I CAN GET AN OFFICERS ASSISTANCE SO HE/SHE CAN GET THE NURSE/DOCTOR FOR ME SO I CAN KNOW WHAT HAPPENED BECAUSE I DIDN'T REMEMBER MUCH WHEN I HAD BLACKED OUT. WHEN THE OFFICER CAME, HE TOLD ME THAT I HAD BLACKED OUT & FELL ON THE FLOOR! MY LEFT HAND STARTED HURTING ME & WAS SWELLING DUE TO THE IMPACT WHEN I FELLED OFF THE BUNK BED LADDER. AFTER A FEW DAYS MY HAND WAS STILL IN PAIN SO, THE DOCTOR MADE ME DO AN X-RAY, WHEN THE RESULTS CAME BACK TO THE DOCTOR/NURSE THEY TOLD ME THAT I HAVE SOFT TISSUE SWELLING. AFTER THREE MONTHS DONE PASSED BY MY HAND WAS STILL HURTING ME SO GCDC (GLADES COUNTY DETENTION CENTER) MEDICAL HEALTH SERVICES MADE ME DO AN "MRI" FOR MY HANDS! WHEN THE RESULTS CAME BACK THEY TOLD ME THAT MY LIGAMENTS WAS DAMAGE AND THAT I NEEDED SURGERY, AND THAT IT WILL TAKE THEM SIX MONTHS JUST TO WAIT FOR THE SURGERY; AFTER THE DOCTORS DID THE SURGERY ON MY LEFT HANDS AT HENDRY REGIONAL MEDICAL CENTER, MY HAND WAS STILL GIVING ME PROBLEMS & HURTING ME. WHEN I WENT BACK TO MEDICAL THEY TOLD ME THAT THEY COULDN'T FIX ALL THE LIGAMENTS AND THAT I WOULDN'T BE ABLE TO MOVE THE HAND SO IT WILL GIVE ME PROBLEMS FOR THE REST OF MY LIFE. I AM SENDING YOU GUY'S A COPY OF MY MEDICAL RECORDS, DOCUMENTS, REPORTS, ETC.


**COOPER, STEVE**      **MNI# GCSO19MNI002510**      **Gender: Male**      **DOB 06-22-1980**

| Dictation: | URGENT CARE ASSESSMENT: |
|---|---|
| | Name: STEVE COOPER |
| | Date: 11-22-2019 Fri |
| | Transport Method: Ambulatory |
| | Time Presented for Care: 2340 |
| | TYPE OF URGENT SITUATION: |
| | Unintentional Injury |
| | |
| | KNOWN MEDICAL CONDITIONS OF PATIENT: |
| | 719.43, PAIN - FOREARM |
| | D69.0, Allergic purpura |
| | M25.53, Pain in wrist |
| | R35.8, Other polyuria |
| | Z01.812, Encounter for preprocedural laboratory examination |
| | |
| | DETAILS OF EVENT/INJURY/CONDITION: Pt reports to medical stating that he fell in the bathroom, and hit his right side, ribs on the sink. And was urinating blood |
| | VITAL SIGNS: |
| | Blood Pressure: 107/65 |
| | Temperature: 97.5 |
| | Pulse: 65 |
| | Respiration: 16 |
| | |
| | |
| | CONDITION OF PATIENT AT INITIAL PRESENTATION |
| | Alert and Oriented |
| | |
| | PHYSICAL FINDINGS: Urine tested negative for blood, no s/s of distress, resp even and unlabored. No bruising noted to site. |
| | |
| | |
| | TREATMENT PROVIDED: Diclofenac 50mg given |
| | |
| | Was HCP notified: YES - Dr. Saint Charles |
| | Orders Received: Diclofenac 50mg PO BID x 7 days PRN |
| | |
| | DISPOSITION: Infirmary Medical Housing |
| | |
| | FOLLOW-UP: Next HCP Clinic; electronically placed on list. |
| | |
| | CONDITION AT DISCHARGE: GOOD |
| | |
| | Automated Entries: |
| | The following items were created by Dwaine Smith, LPN, CCHP on 11-22-2019 11:57:20 PM. |
| | ORDER: Provider - ROUTINE |
| | Electronically Approved by Dwaine Smith, LPN, CCHP on 11-22-2019 11:56:38 PM. |
| **Vitals:** | Blood Pressure: 107/65 |
| | Temperature: 97.5 |
| | Pulse: 65 |
| | Respirations: 16 |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Smith, Dwaine, Armor Correctional Health Services ID: |



**Encounter**                                                    **10-17-2019 Thu 10:33 AM**

| | Related to old injury |
|---|---|
| | PLAN/EDUCATION:Patient educated about following MD orders and taking medication as ordered. Patient verbalizes understanding. |
| | Return to sick call if symptoms worsen or persist more than 7 days. |
| | Electronically Approved by Yolanda Stoker, RN on 12-28-2019 04:56:13 PM. |
| **Vitals:** | Blood Pressure: 139/85<br>Temperature: 97.8<br>Pulse: 85<br>Respirations: 16 |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Stoker, Yolanda, Armor Correctional Health Services ID: |

| **Encounter** | **12-23-2019 Mon 11:29 AM** |
|---|---|

## COOPER, STEVE    MNI# GCSO19MNI002510    Gender: Male    DOB 06-22-1980

| **Dictation:** | Specialty Service/Consultation Request PT-007: |
|---|---|
| | Patient Name: STEVE COOPER<br>MNI #: GCSO19MNI002510<br>DOB: 06-22-1980<br>Sex: Male<br>Location: 1*DORM 1*A*049 1*DORM 1*A*049<br>Date: 12-23-2019 Mon<br>Institution:<br>Glades County Sheriff's Office |
| | County/State:<br>Moore Haven, Fl |
| | Priority - Consult:<br>Routine |
| | Service Requested:<br>BONE & JOINT |
| | Specific Location/Provider: |
| | Electronically Approved by Jean Max SaintCharles, MD on 12-23-2019 05:10:42 PM. |
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: SaintCharles, Jean Max, ID: |




# Glades County Detention Center
## Administrative Segregation Order

To: Chief of Security

From: _____E. Mondragon_____  Rank: _____Lieutenant_____

Inmate/Detainee: _____Cooper, Steve_____  A/MNI#: _____GCSO19MNI002510_____

The above named Inmate/detainee is to be admitted to Administrative Segregation for the following reason(s):

☐ Is pending an investigation/hearing for the commission of a prohibited act or rule violation and requires pre-hearing detention.

☑ Is under medical observation (medical staff must comment and sign this order).

☐ Is pending a transfer or release within 24 hours.

☐ Is terminating confinement in Disciplinary Segregation and has been ordered in Administrative Segregation by the Disciplinary Panel.

☐ Is a security risk to him/herself or the security of the facility.

☐ Inmate/detainee has requested admission for ___

I hereby request placement in the ___
**DO NOT** ☐ request a hearing ___

Inmate/Detainee: _____

Record below, a brief outline ___ ing to placement in
Administrative Segregation. ___
Detainee Cooper is being house ___ er Nurse Fahie due to Cooper falling off
his bunk

Medical Representative: _____

---

Admitted by: _____T. Arnold #431_____  Rank: ___Sgt___  Date: ___6/26/2019___  Time: ___0515___

Released by: _____  Rank: _____  Date: _____  Time: _____

GCSO FORM 12_____                                                                1

| | |
|---|---|
| | ACETAMINOPHEN, 325 MG #20, Sig: Take 2 Tablets by mouth 2 times per day for 5 days |
| | |
| | Electronically Approved by Gloria Garcia, LPN on 12-22-2019 03:07:38 PM. |
| **Vitals:** | Weight: 198 lbs<br>Blood Pressure: 138/89<br>Temperature: 98.3<br>Pulse: 63<br>Respirations: 18 |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

## Encounter

**12-15-2019 Sun 11:51 AM**

**COOPER, STEVE**   **MNI# GCSO19MNI002510**   **Gender: Male**   **DOB 06-22-1980**

| | |
|---|---|
| **Dictation:** | NURSING PROTOCOL - MUSCULAR SKELETAL:<br><br>Patient Name: STEVE COOPER<br>NO: GCSO19MNI002510<br>DOB: 06-22-1980<br>Sex: Male<br>Date: 12-15-2019 Sun<br>Time: 11:52<br>Location: 1*DORM 1*A*049 1*DORM 1*A*049<br><br>VITAL SIGNS: (7) Weight: 148 lbs, Height: 5 ft. 6 in., BMI: 23.9, BSA (Mosteller): 1.77, BSA (DuBois): 1.76, Blood Pressure: 125/82, Temperature: 98.2, Pulse: 62, Respiration: 18, Pulse Oxygen: 98<br><br>SUBJECTIVE:<br>Complaint: Joint Pain - Left Wrist<br>Acute problem, began: Several week(s) ago<br>Chronic problem, duration: Several month(s)<br>How condition began: MONTHS AGO PT HAS PENDING CONSULT TO BONE AND JOINT CENTER<br>Pain: Mild<br>Pattern of Pain: Worsening<br>Level of activity related to pain: Prevent patient from performing certain functions<br>Radiation of pain: Remains at affected area Cramping Throbbing<br>Condition made better by: No movement/activity,<br>Condition made worse by: Any movement<br>Associated Symptoms<br><br>Allergies: amoxicillin, NKDA<br>Hx of Bleeding Ulcer of complications No<br>of pain medication?<br>VITAL SIGNS:<br>Weight: 148 lbs<br>Height: 5 ft. 6 in.<br>BMI: 23.9<br>BSA (Mosteller): 1.77<br>BSA (DuBois): 1.76<br>Blood Pressure: 125/82<br>Temperature: 98.2<br>Pulse: 62<br>Respiration: 18<br>Pulse Oxygen: 98 |

| | ABDOMEN: |
|---|---|
| | Soft, non-tender. No CVA tenderness. Resident walks erect with steady gait. |
| | Extremities : Left upper extremity in posterior splint, ROM reduced at the wrist, no edema, no cyanosis |
| | |
| | ASSESSMENT: |
| | Pain in wrist, M25.53 |
| | Left wrist pain/ Left carpal avulsion of the ligament |
| | |
| | PLAN/EDUCATION: |
| | Continue with Diclofenac 50 mg BID PRN |
| | Follow up with Orthopedist for surgery |
| | Keep left posterior splint until seeing orthopedist |
| | RTC if needed or after surgery |
| | Electronically Approved by Jean Max SaintCharles, MD on 12-23-2019 11:29:07 AM. |
| **Vitals:** | Weight: 147 lbs |
| | Blood Pressure: 120/79 |
| | Temperature: 98.6 |
| | Pulse: 78 |
| | Respirations: 18 |
| **Condition Related To:** | |
| | |
| **Dates:** | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| **Diagnosis:** | M25.53 - Pain in wrist |
| **Procedures:** | |
| **Providers:** | Attending Provider: SaintCharles, Jean Max, MD |

---

| **Encounter** | | **12-22-2019 Sun 03:00 PM** |
|---|---|---|
| **COOPER, STEVE** | **MNI# GCSO19MNI002510** **Gender: Male** | **DOB 06-22-1980** |
| **Dictation:** | VITAL SIGNS: | |

VITAL SIGNS:
Weight: 198 lbs
Height: 5 ft. 6 in.
BMI: 32
BSA (Mosteller): 2.05
BSA (DuBois): 1.99
Blood Pressure: 138/89
Temperature: 98.3
Pulse: 63
Respiration: 18
NURSING PROTOCOL - SOAP:

Patient Name: STEVE COOPER
NO: GCSO19MNI002510
DOB: 06-22-1980
Sex: Male
Date: 12-22-2019 Sun
Time: 15:01
Location: 1*DORM 1*A*049 1*DORM 1*A*049

SUBJECTIVE:PT SEEN IN SICK CALL CLINIC REQUESTING TO BE SEEN BY MD, PT C/O ONGOING WRIST PAIN
AND RIGHT SIDE RIB PAIN.

OBJECTIVE:VS WNL, PT APPEARS TO BE UNCOMFORTABLE
Vital Signs: VITAL SIGNS: (6) Weight: 198 lbs , Height: 5 ft. 6 in., BMI: 32, BSA (Mosteller): 2.05, BSA (DuBois): 1.99, Blood
Pressure: 138/89, Temperature: 98.3, Pulse: 63, Respiration: 18

ASSESSMENT:ALTERATION IN COMFORT

PLAN/EDUCATION:PT HAS ALREADY BEEN REFERRED TO MD FOR FURTHER EVALUATION, ENCOURAGED PT
TO CONTINUE WITH MEDS AS PRESCRIBED BY MD, PT VOICED UNDERSTANDING. RTC PRN.

| | |
|---|---|
| **Dictation:** | VITAL SIGNS:<br>Weight: 146 lbs<br>Height: 5 ft. 11 in.<br>BMI: 20.4<br>BSA (Mosteller): 1.82<br>BSA (DuBois): 1.84<br>Blood Pressure: 114/74<br>Temperature: 98.4<br>Pulse: 60<br>Respiration: 18<br>NURSING PROTOCOL - SOAP:<br><br>Patient Name: STEVE COOPER<br>NO: GCSO19MNI002510<br>DOB: 06-22-1980<br>Sex: Male<br>Date: 10-17-2019 Thu<br>Time: 10:34<br>Location: 1*DORM 1*A*012 1*DORM 1*A*012<br><br>SUBJECTIVE:PT SEEN IN SICK CALL CLINIC WITH C/O ONGOING UNRESOLVED PAIN TO LEFT WRIST. PT STATES MEDS ARE NOT HELPING WITH PAIN.<br><br>OBJECTIVE:VS WNL, NO DISTRESS NOTED.<br>Vital Signs: VITAL SIGNS: (6) Weight: 146 lbs , Height: 5 ft. 11 in., BMI: 20.4, BSA (Mosteller): 1.82, BSA (DuBois): 1.84, Blood Pressure: 114/74, Temperature: 98.4, Pulse: 60, Respiration: 18<br><br>ASSESSMENT:ALTERATION IN COMFORT<br><br>PLAN/EDUCATION:EXPLAINED TO PT THAT HE HAS ALREADY BEEN REFERRED TO OUTSIDE BONE SPECIALIST, ADVISED PT TO CONTINUE WITH CURRENT MEDS. PT VOICED UNDERSTANDING. RTC PRN<br><br>Electronically Approved by Gloria Garcia, LPN on 10-17-2019 10:42:52 AM.<br><br>Electronically Approved by Yolanda Stoker, RN on 10-23-2019 11:12:30 AM. |
| **Vitals:** | Weight: 146 lbs<br>Blood Pressure: 114/74<br>Temperature: 98.4<br>Pulse: 60<br>Respirations: 18 |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Garcia, Gloria, Armor Correctional Health Services ID: |

| | PLAN/EDUCATION: |
|---|---|
| | DIPHENHYDRAMINE HCL, 25 MG #14, Sig: Take 1 Capsule by mouth 2 times per day for 7 days as needed |
| | RTC IF NEEDED |
| | Electronically Approved by Jean Max SaintCharles, MD on 08-05-2019 11:29:08 AM. |
| Vitals: | Weight: 146 lbs |
| | Blood Pressure: 103/70 |
| | Temperature: 97.5 |
| | Pulse: 82 |
| | Respirations: 18 |
| Condition Related To: | |
| Dates: | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| Diagnosis: | D69.0 - Allergic purpura |
| Procedures: | |
| Providers: | Attending Provider: SaintCharles, Jean Max, MD, ID: |
| Facility: | Glades County Sheriff's Office |
| Encounter Type:> | |
| Sign Off | Signed Off By: STCHARLES on: 2019-08-05 Mon 11:29 AM |

## Encounter                                                08-04-2019 Sun 11:20 PM

## COOPER, STEVE          MNI# GCSO19MNI002510          Gender: Male          DOB 06-22-1980

| Dictation: | Allergic reaction |
|---|---|
| | Patient Name: STEVE COOPER |
| | Date of Birth: 06-22-1980 |
| | MNI Number: GCSO19MNI002510 |
| | Location: 1*DORM 1*D*021 1*DORM 1*D*021 |
| | Sex: Male |
| | SUBJECTIVE: PT was brought to medical for an allergic reaction |
| | OBJECTIVE: VITAL SIGNS: (6) Blood Pressure: 94/58, Temperature: 98.4, Pulse: 70, Respiration: 17, VAS Pain Level: 0, Pulse Oxygen: 99 |
| | ASSESSMENT: PT had welts on both arms and his legs. The only thing Cooper has done differently today that he knows of is eating cake and tuna. PT says he eats both items at home and this has happened several times since he's been here and he can't figure out why. |
| | PLAN/EDUCATION: Called Dr. Saint Charles, gave a dose of Benadryl 50mg (one time only) and hydrocortisone cream packets. Informed officer to let Cooper take a shower before applying cream and informed Cooper to let an officer know ASAP if condition worsens. Referred to Dr. Saint Charles. Sent back to housing. |
| | Electronically Approved by Erica Westberry on 08-04-2019 11:25:24 PM. |
| Vitals: | Blood Pressure: 94/58 |
| | Temperature: 98.4 |
| | Pulse: 70 |
| | Pulse Oxygen: 99 |
| | Respirations: 17 |
| | VAS Pain Level: 0 |
| Condition Related To: | |
| Dates: | Current Illness Date: |
| | 1st Date Of Illness: |
| | Unable To Work Dates: |
| | Hospitalization Dates: |
| Diagnosis: | |

RECEIVED 10/09/2019 06:52AM

HENDRY REGIONAL MEDICAL CENTER
524 WEST SAGAMORE AVE
CLEWISTON, FL 33440

----------NAME---------- NUMBER SEX AGE  ADMIT    DISC.  XRAY# F/C TYPE
COOPER STEVE            10313176 M  39 10/04/19 10/04/19 0146297JB1  O/P
  DATE OF BIRTH: 06/22/1980    M/R# 01462979   PH#: 863-946-1600 RM
  LOCATION:
  MRI WRIST LT WO IV CON       73221    TRANSCRIBED: 10/04/19 16:48 40
  (REASON FOR PROCESS: SPRAIN/R/O TEAR     COMPLETED:10/04/19 16:44 ife 28425

  PHYSICIAN: SAINT CHAR

                                        MRI

========================================================
                    RADIOLOGY REPORT
========================================================
  ORDER DATE and TIME: 10/04/2019 0834
  Reason: Fell 3 months ago still has pain

Finding: MRI of the left wrist done without gadolinium enhancement
demonstrates no evidence of subacute or acute fracture.  Small cystic
structures are demonstrated in the capitate, lunate and scaphoid.  Fluid is
seen around the scaphoid as well as the lunate.  There is a probable avulsion
of the radial carpal ligament with displacement..  Soft tissue swelling is
demonstrated.

Impression: Avulsion with displacement of the radial carpal ligament  with
soft tissue swelling.  No acute bony fracture.  Benign cysts  in carpal bones
as described.

Electronically Signed By:
DCTNAME, RADCRED
Date/Time: SIGNDATE

MEDICAL RECORD REVIEWED
DATE: 10/9/19
SIGNATURE:

Steve Cooper A#063-984-093   A

Glades County Detention Center
P.O. Box 39
Moore Haven, FL 33471

This mail originated from
the Glades County Jail

Clerks Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

USMS INSPECTED

"Legal M