United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Steve Cooper, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cvil Case No. 20- 21473-Civ-Scola |
| Saint Charles Jean Max and others, | ) |
| Defendants. | ) |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On April 27, 2020, Judge Reid issued a report, recommending that the Court transfer Plaintiff Steve Cooper's 42 U.S.C. § 1983 case to the Middle District of Florida. (Report of Mag. J., ECF No. 4.) Cooper has not filed objections to the report and the time to do so has passed.

The Court has considered Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling: because the majority of the events that gave rise to Cooper's claim occurred within the judicial district of the Middle District of Florida, his case should be transferred there.

The Court thus **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 4**). The Court directs the Clerk to **close** this case and take all necessary steps to ensure the prompt **transfer** of the action to the United State District Court for the Middle District of Florida. The Court **denies** any pending motions as moot with respect to this Court.

The Clerk is also directed to mail a copy of this order to Cooper at the address listed for him on the docket.

**Done and ordered**, at Miami, Florida, on July 16, 2020.

_____
Robert N. Scola, Jr.
United States District Judge